|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |  |
|---|---|---|
| WILLIE ARMSTRONG and <br> KIMBERLY ARMSTRONG, <br><br> Plaintiffs, <br><br> *versus* <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:22-CV-234-MAC |

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION ON SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the court referred this matter to United States Magistrate Judge Christine L. Stetson for consideration of pretrial matters and proceedings. Pending before the court is Defendant Amguard Insurance Company's Motion for Summary Judgment (#17).

On April 14, 2023, Judge Stetson issued her Report and Recommendation on Summary Judgment (#21). She recommended that the court deny Defendant's motion. The parties have not filed objections to the Report and Recommendation under 28 U.S.C. § 636(b)(1).

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. The court finds that the findings of fact and conclusions of laws of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#21) is ADOPTED.  Defendant Amguard Insurance Company's Motion for Summary Judgment (#17) is DENIED.

SIGNED at Beaumont, Texas, this 4th day of May, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE