| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WILLIE ARMSTRONG and KIMBERLY ARMSTRONG, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:22-CV-234 |
| versus | § § | |
| AMGUARD INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Pending before the court is the parties' Joint Stipulation of Dismissal with Prejudice (# 36). The stipulation is signed by all parties to the case. *Id.* The court finds the motion to be meritorious.

It is, therefore, **ORDERED** that the parties' Joint Stipulation of Dismissal with Prejudice (# 36) is **GRANTED**. Accordingly, Plaintiffs' claims against Defendant are **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 31st day of October, 2023.

                                              MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE